IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| P TECH, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 19-525-RGA |
| | : | |
| INTUITIVE SURGICAL, INC., | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the above-captioned case was stayed on March 24, 2020, due to *inter partes* review ("IPR") proceedings that are presently pending before the Patent Trial and Appeal Board (D.I. 46);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the "IPR" proceedings have been resolved so that this case may be reopened and other appropriate action may be taken.

March 24, 2020              /s/ Richard G. Andrews
   DATE                    UNITED STATES DISTRICT JUDGE