# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| P TECH, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>　　　　Defendant. | Civil Action No. 1:19-cv-00525-RGA |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff P Tech, LLC and Defendant Intuitive Surgical, Inc. stipulate to dismiss all claims by P Tech, LLC with prejudice and to dismiss all counterclaims by Intuitive Surgical, Inc. without prejudice.

The parties further stipulate that each party will bear its own costs, expenses and attorneys' fees.

Dated: January 2, 2023

ROGOWSKI LAW LLC

By: __/s/ Patricia S. Rogowski____
Patricia Smink Rogowski (Bar No. 2632)
501 Silverside Road, Suite 11
Silverside Carr Executive Center
Wilmington, DE  19809
(302) 893-0048 (t)
pat@rogowskilaw.com
*Attorney for Plaintiff, P Tech LLC*

Respectfully submitted,

FISH & RICHARDSON P.C.

By:___/s/ Douglas E. McCann_____
Douglas E. McCann (Bar No. 3852)
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801
(302) 652-5070 (t)
dmccann@fr.com
*Attorney for Defendant, Intuitive Surgical, Inc.*

Approved and So Ordered this _____ day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE